UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVSION

| Jozsef Nagy, | Case No.: 2:19-cv-00812-JAM-CKD |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Jozsef IQ Data International, Inc.aka Rent Collect Global, | |
| Defendant. | |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: August 13, 2019     /s/ John A. Mendez_____

                          Judge: John A. Mendez